IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-CR-2033 |
| | ) | |
| vs. | ) | **<u>EXPEDITED RELIEF SOUGHT</u>** |
| | ) | |
| TRIVANSKY TYRIQUE SWINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

## **<u>MOTION TO ISSUE AN ARREST WARRANT</u>**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court issue an arrest warrant in the above-titled matter for Trivansky Tyrique Swington. In support of its motion, the United States notes the following:

1. On May 18, 2021, a grand jury sitting in the Northern District of Iowa returned a one-count Indictment charging defendant with Possession of a Firearm by a Felon. (Docket 2).

2. On that same date, the Court issued a writ ad prosequendum. (Docket 3). This was requested because, at that time, defendant had outstanding state charges in Black Hawk County that had yet to be resolved.

3. On May 26, 2021, the United States was made aware that defendant's outstanding charges in Black Hawk County were resolved earlier than expected and he would be released from Black Hawk County.

4. Currently, there is no warrant for defendant's arrest or writ ad prosequendum in the above-titled matter.

WHEREFORE, the United States respectfully requests the Court issue a warrant for the arrest of defendant.

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By: *s/Ashley L. Corkery*

ASHLEY L. CORKERY
Assistant United States Attorney
111h Street, SE Box 1
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990 - fax
Ashley.corkery@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ MAM